IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN C. CREUZOT,<br>Plaintiff, | § § § | |
| v. | § § | Civil No. 3:17-CV-0404-M |
| ALVIN GREEN,<br>Defendant. | § § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled and the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States magistrate judge. Plaintiff's *Application for Preliminary Injunction*, Doc. 6, is **GRANTED**.

**SO ORDERED** this 9th day of June, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE