IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN C. CREUZOT, <br> PLAINTIFF, | § § § | |
| V. | § § | CASE NO. 3:17-CV-404-M-BK |
| ALVIN GREEN, <br> DEFENDANT. | § § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's *Suggestion of Mootness and Request for Costs and Attorneys' Fees*, Doc. 49, is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The Court retains jurisdiction over the amount of Plaintiff's fees. Plaintiff is **ORDERED** to file a motion for reimbursement of his attorneys' fees and reasonable costs incurred, accompanied by detailed billing records. Any response by Defendant contesting the amounts claimed shall be due **within 14 days of Plaintiff's filing**.

**SO ORDERED** this 1st day of July, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE