IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN C. CREUZOT, | § | |
|    PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:17-CV-404-M-BK |
| | § | |
| ALVIN GREEN, | § | |
|    DEFENDANT. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's motion, Doc. 65, is **GRANTED**.

**SO ORDERED** this 21st day of November, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE